**Gerald PEDEN et al. v. UNITED STATES of America.**

No. 491.

Circuit Court of Appeals, Tenth Circuit.

June 2, 1931.

James H. Mathers, of Oklahoma City, Okl., for appellants.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal as to Gerald Peden dismissed June 2, 1931, on motion of appellant.

**PICKWICK STAGES CORPORATION v. Willietta SHATTUCK.**

No. 492.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1931.

M. J. Healy, of Topeka, Kan., for appellant.

John A. Hall, of Pleasanton, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1931, on motion of appellee.

**PUEBLO DE SANTA CLARA v. UNITED STATES of America.**

No. 418.

Circuit Court of Appeals, Tenth Circuit.

April 18, 1931.

Barker & Fahy, of Santa Fé, N. M., for appellant.

George A. H. Fraser, Sp. Asst. to Atty Gen., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed April 18, 1931, per stipulation.

**John RAMSEY v. UNITED STATES of America.**

No. 233.

Circuit Court of Appeals, Tenth Circuit.

April 28, 1931.

Fred A. Tillman, of Pawhuska, Okl., for appellant.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed April 28, 1931, on motion of appellee.

**Leo A. REHBERG et al., Appellants, v. UNION CENTRAL LIFE INSURANCE CO.**

No. 9135.

Circuit Court of Appeals, Eighth Circuit.

May 20, 1931.

M. F. Harrington, of O'Neill, Neb., for appellants.

R. O. Williams, of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motions of appellee and appellants.